# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:97CR166 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | MEMORANDUM |
| | ) | AND ORDER |
| KEVIN MAURICE JONES, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's motion for return of property and supporting brief (Filing Nos. 148, 149). The Court has also considered the government's response (Filing No. 151).

After careful consideration, the Court finds that the motion should be denied. The Defendant has a remedy at law in the administrative forfeiture proceeding under 18 U.S.C. § 983(a)(2)(A).

IT IS ORDERED that the Defendant's motion for return of property and supporting brief (Filing No. 148) is denied.

DATED this 30th day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge